# IN THE SUPREME COURT OF THE STATE OF NEVADA

STRATFORD HOMEOWNERS
ASSOCIATION; NEWBURY
HOMEOWNERS ASSOCIATION; AND
NEWPORT TOWNHOMES OWNERS
ASSOCIATION,

Appellants,

vs.

KINGFUTTS PFM, LLC,

Respondent.

No. 76692

**FILED**

AUG 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from summary judgment. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

On May 31, 2019, appellants filed a notice that the parties had reached a settlement. On June 11, 2019, this court directed appellants, within 30 days, to file either a motion or stipulation to dismiss the appeal or the opening brief and appendix. The order cautioned that failure to comply could result in the dismissal of this appeal as abandoned. To date appellants have failed to file any documents or otherwise communicate with this court. This court concludes that appellants have abandoned this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-33354

cc: Hon. Tierra Danielle Jones, District Judge
Thomas J. Tanksley, Settlement Judge
Robbins Law Firm
Adams Law Group
Brown Brown & Premsrirut
Eighth District Court Clerk